UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| v. | : | VIOLATIONS : |
| | : | |
| | : | (Conspiracy to Distribute Five |
| JORGE RICARDO BARDALES | : | Kilograms or More of Cocaine |
| BOURDET | : | Knowing that It Would Be |
| | : | Imported into the United States) |
| a/k/a Jota | : | |
| | : | 21 U.S.C. Sections 959 and 963 |
| and | : | |
| | : | (Conspiracy to Import Five Kilograms |
| ERIK DONAIRE CONSTANZA | : | or More of Cocaine into the United |
| BRAN | : | States) |
| | : | |
| and | : | 21 U.S.C. Sections 960 and 963 |
| | : | |
| EDGAR ANTONIO CHIU SERRANO | : | |
| | : | 18 U.S.C. Section 2 |
| and | : | (Aiding and Abetting) |
| | : | |
| JUAN DANIEL DEL CID MORALES | : | 21 U.S.C. Sections 853 and 970 |
| | : | (Asset Forfeiture) |
| a/k/a Ovidio Fajardo Aldana | : | |
| | : | |
| and | : | |
| | : | |
| JUAN DOE | : | |
| | : | |
| a/k/a Edwin Renee Sapon Ruiz | : | |

**Defendants**

<u>INDICTMENT</u>

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From in or about November 2005, the exact date being unknown to the Grand Jury, and continuing thereafter, up to and including the date of the filing of this Indictment, in Guatemala, and elsewhere, the defendants, **Jorge Bardales Bourdet, a/k/a "Jota,"** and **Edgar Antonio Chiu Serrano,** did knowingly and intentionally combine, conspire, confederate and agree, with others known and unknown to the Grand Jury, including with co-conspirators not indicted herein, to commit the following offense against the United States: to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960.

(**Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine Intending and Knowing that the Cocaine Would Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Sections 959, 960(a)(3), 960(b)(1)(B)(ii) and 963, and **Aiding and Abetting** in violation of Title 18, United States Code, Section 2)

## COUNT TWO

From in or about April 2006 and continuing thereafter up to and including the date of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in Guatemala, El Salvador, Panama and elsewhere, the defendants **Jorge Bardales Bourdet, a/k/a "Jota," Erik Donaire Constanza Bran, Edgar Antonio Chiu Serrano, Juan Daniel Del Cid Morales, a/k/a "Ovidio Fajardo Aldana," and Juan Doe, a/k/a "Edwin Renee Sapon Ruiz,"** and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate and agree to commit the following offenses against the United States: (1) knowingly and intentionally import five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United

States from  Guatemala, Mexico, and elsewhere, in violation of Title 21, United States Code, Sections 959 and 960, and (2) knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960.

> **(Conspiracy to Import Five Kilograms or More of Cocaine into the United States,** in violation of Title 21, United States Code, Sections 960, and 963, and **Aiding and Abetting** in violation of Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

The violations alleged in Counts One and Two are realleged and incorporated by reference herein.

As a result of the offenses alleged in Counts One and Two, the defendants **Jorge Bardales Bourdet, a/k/a "Jota," Erik Donaire Constanza Bran, Edgar Antonio Chiu Serrano, Juan Daniel Del Cid Morales, a/k/a "Ovidio Fajardo Aldana," and Juan Doe, a/k/a "Edwin Renee Sapon Ruiz,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title, or interest which such defendants may have in (1) any and all money and /or property constituting, or derived from any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Count One of this Indictment; and  (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the

defendants, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property.   Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

**(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970)**

A TRUE BILL:

_____
FOREPERSON

KENNETH BLANCO, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice
Washington, DC  20005


By: _____
Michael Mota
Paul Laymon
Trial Attorneys
Narcotic and Dangerous Drug Section
202-514-5540
202-514-1286