WARRANT FOR ARREST

(Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-248 | MAGIS. NO: |
|---|---|---|
| SEALED v. JORGE RICARDO BARDALES BOURDET, et, al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Juan Daniel Del Cid Morales #4 a/k/a Ovidio Fajardo Aldana | |

DOB:

| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | FILED SEP 2 8 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
|---|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE INTO THE UNITED STATES;

AIDING AND ABETTING;

ASSET FORFEITURE

Count 2 and Asset Forfeiture

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF: 21:960 and 963; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE ALAN KAY | DATE ISSUED: August 17, 2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 8/17/06 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/17/06 | NAME AND TITLE OF ARRESTING OFFICER Stephenie K. Owens Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER [signature] | |
|---|---|---|---|
| HIDTA  Yes ☐  No ☒ | | OCDETF CASE: Yes ☐ No ☒ | |
| CASE: | | | |