UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                             Cr. 06-248

JUAN MORALES

NOTICE OF APPEARANCE

Counsel now enters her appearance for defendant Morales, appointed by this Court on September 28, 2006.

/s/
_____
H. Heather Shaner
#273 276