UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JUAN DANIEL DEL CID MORALES,

Defendant.

Criminal Action No. 06-248 (JDB)

### ORDER

Upon consideration of the motion of Defendant Juan Daniel Del Cid Morales, it is hereby ORDERED that:

1. Defendant Morales (D.C.D.C. No. _____ date of birth _____ shall be transported to the D.C. Correctional Treatment Facility; and

2. Defendant should be placed in general population.

SO ORDERED.

_____
JOHN D. BATES
United States District Judge

Date: October 6, 2006