UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     Cr. 06-248-04(JDB)

JUAN DANIEL DEL CID MORALES

**DEMAND FOR NOTICE OF OTHER CRIMES
EVIDENCE PURSUANT TO RULE 404(b)**

Juan Daniel Del Cid Morales, through counsel, respectfully demands the government produce now all and any evidence of other crimes, wrongs or acts pursuant to FRE 404(b) it intends to introduce in trial against him. Mr. Del Cid Morales further demands the government disclose the evidentiary theory of admissibility upon which the government relies in reference to any 404(b) evidence.

Respectfully submitted,

H. Heather Shaner, #273276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      **v.**                                **Cr. 06-248-04 (JDB)**

**JUAN DEL CID MORALES,**

      **Defendant**

## ORDER

Upon consideration of the motion of Defendant Juan Del Cid Morales, it is hereby

ORDERED that:

1. The Government produce all and any evidence it intends to introduce at trial against Mr. Del Cid Morales pursuant to FRE 404(b); and

2. The government notify the Court and parties upon what theory of evidentiary admissibility it relies as to each and any evidence.

SO ORDERED.                              _____
                                                                  JOHN D. BATES
                                                                  United States District Judge

Date:_____