UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

         **v.**                      Cr. 06-248-04(JDB)

**JUAN DANIEL DEL CID MORALES**

**DEMAND FOR NOTICE OF OTHER CRIMES
EVIDENCE PURSUANT TO RULE 404(b)**

      Juan Daniel Del Cid Morales, through counsel, respectfully demands the government produce now all and any evidence of other crimes, wrongs or acts pursuant to FRE 404(b) it intends to introduce in trial against him. Mr. Del Cid Morales further demands the government disclose the evidentiary theory of admissibility upon which the government relies in reference to any 404(b) evidence.

                                        Respectfully submitted,

                                        H. Heather Shaner, #273276
                                        Appointed by the Court
                                        1702 S Street N.W.
                                        Washington, D.C. 20009
                                        Tel. 202 265 8210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Cr. 06-248-04 (JDB)

JUAN DEL CID MORALES,

      Defendant

## ORDER

Upon consideration of the motion of Defendant Juan Del Cid Morales, it is hereby

ORDERED that the statements of the defendant be suppressed as involuntary and uninformed and having been seized in violation of the Fourth, Fifth and Sixth Amendment of the United States Constitution.

SO ORDERED.   _____
                                                       JOHN D. BATES
                                                       United States District Judge

Date:_____