UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        v.                            Cr. 06-248-04 (JDB)

**JUAN DEL CID MORALES,**

        **Defendant**

## ORDER

Upon consideration of the motion of Defendant Juan Del Cid Morales, it is hereby

ORDERED that the statements of the defendant be suppressed as involuntary and uninformed and having been seized in violation of the Fourth, Fifth and Sixth Amendment of the United States Constitution.

SO ORDERED.                                  _____
                                                            JOHN D. BATES
                                                            United States District Judge

Date:_____