UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      **v.**                                **Cr. 06-248-04 (JDB)**

**JUAN DEL CID MORALES,**

      **Defendant**

## ORDER

Upon consideration of the motion of Defendant Juan Del Cid Morales for a Bill of Particulars the Court finds the Motion is meritorious as the particulars requested are vital to the defendant to allow him to investigate and to properly prepare his defense. It is hereby

ORDERED that:

The Government now provide the following particulars to the defendant:

a. The nature of any act by Mr. Del Cid Morales that the government believes shows he is involved in the conspiracy;

b. The particular date, location and participants at any meetings in furtherance of the conspiracy;

c. The dates the conspiracy is claimed to have begun and the date the

conspiracy is alleged to have ended and the date when the defendant allegedly joined the conspiracy;

d. The specific words spoken or adopted by the defendant that the government believes show the intent of the defendant to join the conspiracy;

e. The circumstances surrounding the alleged statements which show intent. Where the words were spoken. To whom. Under what circumstances. How the words were memorialized or recorded.

f. The specific deed of the defendant that the government believes shows the intent of the defendant to join the conspiracy.

g. The circumstances surrounding the alleged deed. Time, location and participants.

h. The specific words spoken or adopted by the defendant that the government believes show the knowledge of the defendant of the purpose and parameters of the conspiracy;

i. The circumstances surrounding the alleged statements which show knowledge. Where the words were spoken. To whom. Under what circumstances. How the words were memorialized or recorded.

j. The specific deeds of the defendant that the government believes shows knowledge of the defendant of the purpose and parameters of the conspiracy.

k. The circumstances surrounding the alleged deed which shows knowledge. The specific circumstances of the defendant's involvement. Time, location and the participants.

l.  The structure of the alleged conspiracy: spokes and rim, chain etc.

m.  The role of the defendant in the conspiracy.

n.  As to each alleged conspiratorial act and conversation the government should identify the date, the time, the parties and the location. The government should state specifically where each act took place: El Salvador, Guatemala, Panama, Mexico or "elsewhere"; and the Government should identify what defendants or other persons "known and unknown to the grand jury" allegedly participated in such act and/or conversation.

o.  As to the charge of Aiding and Abetting in violation of 18 USC § 2 alleged in Count Two of the Indictment, the government should state what actors and what acts constitute the charge of Aiding and Abetting.

p.  As to Count Three the government should state what money and or property does the government allege is subject to forfeiture as a result of any act or omission of the defendant in violation of 21 USC § 853 and 970

SO ORDERED.                      _____
                                 JOHN D. BATES
                                 United States District Judge

Date:_____