UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

         **v.**                                    Cr. 06-248-04 (JDB)

**JUAN DEL CID MORALES,**

        **Defendant**

## ORDER

Upon consideration of the motion of Defendant Juan Del Cid Morales to sever Count One from the indictment the Court finds the Motion is meritorious.

It is hereby ORDERED that Count One is severed from the Indictment pursuant to FRCP 8(a) and FRCP 14.

SO ORDERED.                            _____
                                                        JOHN D. BATES
                                                        United States District Judge

Date:_____