| DECLARACION DE DERECHOS | UNITED STATES DEPARTMENT OF JUSTICE | FECHA |
|---|---|---|
| LUGAR | | |
| NOMBRE Erik | NUMERO DE EL CASO | |

*EJCE*
*EDCE*

Antes de hacerle cualquier pregunta, es mi deber advertirle de sus derechos.

Usted tiene el derecho de permanecer callado.

*EDCE*

Cualquier cosa que usted diga se puede usar en contra suya en una Corte u otro procedimiento penal.

*EDCE*

Usted tiene el derecho de consultar a un abogado antes de hacer cualquier declaracion o contestar cualquier pregunta, y usted puede tener a su abogado presente con usted mientras le interrogamos.

*EDCE*

Si usted quiere obtener un abogado, pero no puede pagarle por su propia cuenta, el Comisionado de los Estados Unidos en esta ciudad o la Corte Federal le asignara un abogado gratuitamente.

*EDCE*

Si usted decide contestar nuestras preguntas en este instante, con o sin un abogado que le represente, usted aun retiene el derecho de terminar la interrogacion a cualquier tiempo y peude suspender la interrogacion cuando usted desee para consultar a un abogado.

SIN EMBARGO —

*EDCE*

Usted puede ceder el derecho de ser aconsejado por un abogado y el derecho de permanecer callado, y puede contestar las preguntas que se le hagan, o puede hacer una declaracion sin consultar a un abogado si usted asi lo desea.

### RENUNCIA VOLUNTARIA

Se me ha leido la declaracion de mis derechos que aparece anteriormente y se me han explicado mis derechos. Yo entiendo estos derechos en su totalidad y renuncio voluntariamente a ellos sin que se me haya amenazado o intimidado y sin haber recibido ninguna promesa de recompensa o de inmunidad por hacer esta de declaracion. Me detuvieron a las __15:30__ (hora), el __27__ de __Septiembre__ de __2006__ (fecha), y firmo este documento a las __1638__ (hora), el __27__ de __Septiembre__ de __2006__ (fecha).

| TESTIGO | FIRMA DE PERSONA RENUNCIANDO A SUS DERECHOS |
|---|---|
| TESTIGO | |

| DECLARACION DE DERECHOS | UNITED STATES DEPARTMENT OF JUSTICE | FECHA |
|---|---|---|
| LUGAR | | |
| NOMBRE Juan Daniel del Cid Morales | NUMERO DE EL CASO | |

Antes de hacerle cualquier pregunta, es mi deber advertirle de sus derechos.

*JDCM* Usted tiene el derecho de permanecer callado.

*JDCM* Cualquier cosa que usted diga se puede usar en contra suya en una Corte u otro procedimiento penal.

*JDCM* Usted tiene el derecho de consultar a un abogado antes de hacer cualquier declaracion o contestar cualquier pregunta, y usted puede tener a su abogado presente con usted mientras le interrogamos.

*JDCM* Si usted quiere obtener un abogado, pero no puede pagarle por su propia cuenta, el Comisionado de los Estados Unidos en esta ciudad o la Corte Federal le asignara un abogado gratuitamente.

*JDCM* Si usted decide contestar nuestras preguntas en este instante, con o sin un abogado que le represente, usted aun retiene el derecho de terminar la interrogacion a cualquier tiempo y peude suspender la interrogacion cuando usted desee para consultar a un abogado.

SIN EMBARGO —

*JDCM* Usted puede ceder el derecho de ser aconsejado por un abogado y el derecho de permanecer callado, y puede contestar las preguntas que se le hagan, o puede hacer una declaracion sin consultar a un abogado si usted asi lo desea.

### RENUNCIA VOLUNTARIA

Se me ha leido la declaracion de mis derechos que aparece anteriormente y se me han explicado mis derechos. Yo entiendo estos derechos en su totalidad y renuncio voluntariamente a ellos sin que se me haya amenazado o intimidado y sin haber recibido ninguna promesa de recompensa o de inmunidad por hacer esta de declaracion. Me detuvieron a las _13:30_ (hora), el _27_ de _Septiembre_ de _2006_ (fecha), y firmo este documento a las _00:09_ (hora), el _28_ de _Septiembre_ de _2006_ (fecha).

TESTIGO _____   FIRMA DE PERSONA RENUNCIANDO A SUS DERECHOS
TESTIGO _____

| DECLARACION DE DERECHOS | UNITED STATES DEPARTMENT OF JUSTICE | FECHA |
|---|---|---|
| LUGAR | | |
| NOMBRE | NUMERO DE EL CASO | |

1:53

Antes de hacerle cualquier pregunta, es mi deber advertirle de sus derechos.

Usted tiene el derecho de permanecer callado. ARM

Cualquier cosa que usted diga se puede usar en contra suya en una Corte u otro procedimiento penal. ARM

Usted tiene el derecho de consultar a un abogado antes de hacer cualquier declaracion o contestar cualquier pregunta, y usted puede tener a su abogado presente con usted mientras le interrogamos. ARM

Si usted quiere obtener un abogado, pero no puede pagarle por su propia cuenta, el Comisionado de los Estados Unidos en esta ciudad o la Corte Federal le asignara un abogado gratuitamente. ARM

Si usted decide contestar nuestras preguntas en este instante, con o sin un abogado que le represente, usted aun retiene el derecho de terminar la interrogacion a cualquier tiempo y peude suspender la interrogacion cuando usted desee para consultar a un abogado. ARM

SIN EMBARGO —

Usted puede ceder el derecho de ser aconsejado por un abogado y el derecho de permanecer callado, y puede contestar las preguntas que se le hagan, o puede hacer una declaracion sin consultar a un abogado si usted asi lo desea. ARM

## RENUNCIA VOLUNTARIA

Se me ha leido la declaracion de mis derechos que aparece anteriormente y se me han explicado mis derechos. Yo entiendo estos derechos en su totalidad y renuncio voluntariamente a ellos sin que se me haya amenazado o intimidado y sin haber recibido ninguna promesa de recompensa o de inmunidad por hacer esta de declaracion. Me detuvieron a las _13:30_ (hora), el _27_ de _Sep_ de _2006_ (fecha), y firmo este documento a las _01:53_ (hora), el _26_ de _Sep_ de _2006_ (fecha).

| TESTIGO | FIRMA DE PERSONA RENUNCIANDO A SUS DERECHOS |
|---|---|
| TESTIGO | |