UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Criminal No. 06-248-04 (JDB) |
| JUAN DEL CID MORALES | * | |

MOTION TO PERMIT LATE FILING OF RESPONSE TO BILL OF PARTICULARS

Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Dangerous Drugs, Department of Justice, and Paul W. Laymon, Trial Attorney, Narcotic and Dangerous Drugs, and requests permission for late filing of the response to a bill of particulars.

Defendant was indicted for conspiring to import more than five kilograms of cocaine into the United States. In December 2006 defense counsel filed a motion to sever, motions to suppress, and a motion for a bill of particulars. At an earlier hearing, the government had been directed to respond to any defense motions by January 22, 2007. The government did respond on January 22, 2007 to the motions to suppress and the motion to sever. The government did not notice that a request for a bill of particulars had also been filed. On January 24, 2007, the court's chambers inquired if the government was going to respond to the request for a bill of particulars, and that is when the government became aware of the defense request. The government immediately responded and filed its response on the same day, January 24, 2007.

The government herein requests permission for late filing of the response to the bill of particulars. The government would note that it did timely file its previous responses,

inadvertently overlooked the filing of the request for a bill of particulars, and then immediately acted to file a response to the request for a bill of particulars.

                    Respectfully submitted,

                    _____
                    Paul W. Laymon
                    Trial Attorney
                    Narcotic and Dangerous Drugs
                    Department of Justice
                    1400 New York Avenue NW
                    Washington, DC 20005
                    Phone    202-514-1286
                    Facsimile  202-514-1483

## CERTIFICATE OF SERVICE

I certify that a copy of this response was sent via e-mail and facsimile to Heather Shaner, attorney for defendant, on this 24th day of January, 2007.

                    _____
                    Paul W. Laymon