UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br>JUAN DANIEL DEL CID MORALES,<br>　also known as Ovidio Fajardo Aldana,<br>ALVARO AUGUSTIN MEJIA,<br>　also known as Edwin Renee Sapon Ruiz,<br>　　　　　　　　Defendants. | Criminal Action No.  06-248 (JDB) |

## SCHEDULING ORDER

Pursuant to the status conference with the Court held on this date, it is this <u>18th</u> day of <u>May</u>, 2007, hereby

**ORDERED** as follows:

1.　The government shall produce to defendants all <u>Giglio</u> material by not later than June 11, 2007.

2.　The government shall convey the alleged dates of each defendant's involvement in the alleged conspiracy to their counsel by not later than June 11, 2007.

3.　Trial for defendant Constanza Bran shall commence on July 9, 2007, at 9:30 a.m. in Courtroom Eight.  The pre-trial motions schedule is as follows:

　　a.　The parties shall file any motions in limine by not later than June 25, 2007; oppositions thereto shall be filed by not later than July 2, 2007; and any replies shall be filed by not later than 10:00 a.m. on July 5, 2007.

　　b.　The parties shall file proposed voir dire and jury instructions by not later than June 27, 2007.

4.　Trial for defendant Mejia shall commence on October 1, 2007, at 9:30 a.m. in Courtroom Eight.

5. Trial for defendant Del Cid Morales shall commence on October 30, 2007, at 9:30 a.m. in Courtroom Eight.

6. A status conference in the Mejia and Del Cid Morales matters will be held on August 24, 2007, at 9:00 a.m.

**SO ORDERED**.

    /s/ John D. Bates
JOHN D. BATES
United States District Judge