UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 06-248-05 (JDB) |
| | ) | |
| ALVARO AUGUSTIN MEJIA | ) | |
| _____ | ) | |

## CONSENT MOTION TO CONTINUE STATUS HEARING
## AND TO SET DEADLINES

Defendant Alvaro Augustin Mejia, through counsel, Elise Haldane, respectfully moves this Court to continue the status hearing of this case until September 20, 2007, and as grounds therefor, states:

1. The court scheduled a status hearing in this case, and that of Juan Daniel del Cid Morales (06-248-04 (JDB)) for August 24, 2007 at 9 am. The date of the status hearing was related to the trial of co-defendant Eric Constanza-Bran, which was scheduled to begin on July 9, 2007.

2. Mr. Constanza-Bran's trial has been rescheduled to September 17, 2007. In view of the new trial date, counsel for the United States, Mr. del Cid Morales, and Mr. Mejia have agreed that a continued date for the status hearing is appropriate, and suggest the date of September 20, 2007.

3. Counsel for defendant Mejia and Paul Laymon, government counsel, have agreed that voir dire and jury instructions in Mr. Mejia's case (trial date: October 1, 2007) should be filed by September 18, 2007.

4. Heather Shaner, counsel for Mr. del Cid Morales, and Paul Laymon, counsel for the United States, consent to this motion.

WHEREFORE, defendant Alvaro Augustin Mejia respectfully moves this Court for a continuance of the status hearing in this case and to set deadlines.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700
Counsel for
Alvaro Augustin Mejia