UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Cr. 06-248 (JDB)

JUAN DEL CID MORALES

**DEFENDANT DEL CID MORALES' PROPOSED JURY INSTRUCTIONS**

Defendant Del Cid Morales, through counsel, respectfully proposes the following jury instructions:

I. GENERAL INSTRUCTIONS

1.03
1.05
1.07
1.12
1.22
2.01
2.02
2.03
2.05
2.06

2.07

2.08

2.09

2.10

2.11

2.13

2.14

2.24 * as amended based on the evidence

2.26   amend to DEA agent

2.27

2.30

2.48

2.49

2.71

2.72

2.73

2.75

2.76

2.77


Mr. Del Cid Morales reserves the right to submit a theory of-defense instruction and to propose additional instructions based upon the evidence at trial. The defendant will also propose a specific "conspiracy" instruction based on the specific facts adduced at trial. 5.01

Defendant requests an instruction that no conspiracy exists when an individual "conspires" to violate the law with another person and that person is a government agent. **Sears v. U.S.,** 343 F.2d 139, 142 (5th C. 1965); **U.S. v. Escobar de Bright,** 742 F.2d 1196, 1198-200 (9th Cir. 1984).

**Mere presence or Association**

Business or social association with conspirators does not support an inference of guilt. Mere presence at a scene does not support an inference of guilt.

"Of course mere presence at the [Tenedor Restaurant] the scene of an alleged transaction or event, or mere similarity of conduct among various persons and the fact that they may have associated with each other, and may have assembled together and discussed common aims and interests, does not necessarily establish proof of the existence of a conspiracy."   Modern Federal Jury Instructions Section 19-32

        Respectfully submitted,

        H. Heather Shaner
        # 273276
        Counsel to Juan Del Cid Morales
        1702 S St. N.W.
        Washington, D.C. 20009
        Tel. 202 265 8210