UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.                                             Cr. 06-248(JDB)

JUAN DEL CID MORALES

**DEFENDANT DEL CID MORALES' OPPOSITION
TO THE GOVERNMENT MOTION TO CONSOLIDATE**

Defendant Del Cid Morales is currently scheduled to begin Jury Trial on October 30th, 2007. Mr. Del Cid through counsel, respectfully requests the Court not delay his trial by granting the government's request to consolidate. 6th Amendment Right to a Speedy Trial.

In the alternative he moves this Court to resist consolidation, as evidence that would be admitted in a joint trial would prejudice him. In support of this Motion the defendant states as follows:

1.  The statements attributed to each defendant in the government motion to consolidate do not contain the actual words of any defendant. Each "statement" is not a verbatim recording of any defendant's words but rather a paraphrased summary as recalled by the government agent at some later time.

2. Counsel cannot adequately respond to such a "statement". Where there is a recorded statement, the words are specific and counsel can respond to a redaction to address <u>Bruton</u> concerns. The redactions, as suggested in the government memo, do not address this problem. Further the redactions do not resolve the <u>Bruton</u> problem or comply with <u>Gray v. Maryland,</u> 523 U.S. 185 (1998).

3. There are other evidentiary problems in a joint trial, which would prejudice Mr. Del Cid. In a joint trial with defendant Costanza, evidence that is not admissible as co conspirator hearsay as to Del Cid, would be admitted to Del Cid's prejudice.

4. Mr. Del Cid has been incarcerated thousands of miles from home and family and friends in a foreign country, since September 2006. All Motions were resolved in this case in February 2007. This case was delayed because the Government filed a Motion to Exclude Time pursuant to provisions of the Speedy Trial Act, and the Court granted that request. The Government at that time argued that the complexity of the case and the request for foreign evidence required a delay. This case is not that complex and there is no foreign evidence.

5. Mr. Del Cid respectfully requests the Court not grant the request for consolidation and permit him to begin trial on October 30, 2007.

Respectfully submitted,

/s/

_____
H. Heather Shaner
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210