UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                            CR. 06-248-04

JUAN DEL CID MORALES

### IN LIMINE MOTION TO EXCLUDE EVIDENCE OF NON TESTIFYTING INFORMANT: MOTION TO REQUIRE INTRODUCTION OF COMPLETE RECORDED STATEMENT 19 (a)-(e) RULE 106

Juan Del Cid Morales, through counsel, moves to exclude evidence of non-testifying witness Iberia. The statements are recorded and videotaped. The statements are not purely for context but are testimonial and therefore objectionable as they violate the defendant's right to confront the witnesses against him. Const. VI.

Counsel further requests that the remainder of the video and transcripts of one portion thereof of the July meeting be introduced under the rule of completeness. When a writing or recorded statement or part thereof is introduced by a party, an adverse party may require the introduction at that time of any other part or ant other writing or recorded statement which ought in fairness to be considered contemporaneously with it. FRE 106.

The clipped and revised video and transcripts of the July meeting create unfair prejudice to the defendant. By presenting the clipped version it underscores the few statements identified as made by him but eliminates of his minimal participation in the context of the entire meeting

Counsel further requests the portion of the July 19, 2006 meeting where the informant attempts to discuss money (1,000,000) with Bardales and Bardales tells him not to discuss it in front of the others be admitted along with the transcript thereof. This portion is arguably exculpatory as to Del Cid and should not be suppressed by the government clipping and revising the video and transcript thereof. Counsel did not realize that portion was missing until reviewing the revised clip during trial. Counsel apologizes to all parties for not raising this earlier but argues the request under Rule 106 is timely under the rules.

Counsel at this time does not intend to slowly go through the entire video although on behalf of Mr. DelCid Morales she reserves his right to a complete and fair presentation of the recording. Rule 106; Best Evidence Rule. Rule 106 is grounded on fairness. See: United States v. Tarantino, 846 F.2d 1384 (D.C. Cir)

The portions the defendant moves to exclude are contained in Tab C p. 4—9;\p. 15.

Counsel has an ex parte request which will be made to the Court this morning.

Respectfully submitted,

/s/

_____

H. Heather Shaner #273276
1702 S St. NW
Washington, D.C. 20009
Tel. 202 265 8210

Case 1:06-cr-00248-JDB     Document 131     Filed 11/02/2007     Page 3 of 3