UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN DANIEL DEL CID MORALES,<br><br>Defendant. | Criminal Action No. 06-248 (JDB)<br><br>**FILED**<br><br>NOV 0 9 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### RESPONSE TO JURY NOTE OF NOVEMBER 9, 2007

I refer you to the instruction titled "Verdict Form Explanation" on page 54, and remind you that: "The form is not evidence in this case, and nothing in it should be taken to suggest or convey any opinion by me as to what the verdict should be. Nothing in the form replaces the instructions of law I have already given you, and nothing in it replaces or modifies the instructions about the essential elements which the government must prove beyond a reasonable doubt. The form is meant only to assist you in recording your verdict."

_____
JOHN D. BATES
United States District Judge

Dated:  November 9, 2007