UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN DANIEL DEL CID MORALES,<br><br>Defendant. | Criminal Action No. 06-248 (JDB)<br><br>FILED<br>NOV 0 9 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### RESPONSE TO JURY NOTE OF NOVEMBER 9, 2007, at 4:10 PM

Your note requests the following:

"- a laptop for viewing multimedia files in evidence
- SA Fraga's report of his interview with the defendant
- SA Fraga's notes of his interview with the defendant."

You have been provided a laptop for viewing the multimedia files in evidence. The referenced report and notes are not in evidence. Only exhibits admitted into evidence are provided to the jury.

_____
JOHN D. BATES
United States District Judge

Dated: __November 9, 2007__