# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                                    **Criminal Action 06-248-2**

**JUAN DEL CID MORALES**

**Defendant**

# FILED

NOV 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

The jury would like to request:
- a laptop for viewing multimedia files in evidence
- SA Fraga's report of his interview with the defendant
- SA Fraga's notes of his interview with the defendant

09 NOV 07
DATE

4:10 PM
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Criminal Action 06-248-2

JUAN DEL CID MORALES

**FILED**

NOV 0 9 2007

Defendant

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge,                    **Jury Note**

On page 36-37 of your jury instructions, you state that it is not necessary for the government to prove that the participants intended to commit all of the offenses described (manufacture, distribution, and importation), only one of the offenses. However, the verdict form explains the offense as conspiracy to import five kg or more of cocaine AND to manufacture and distribute cocaine, intending or knowing that such cocaine would be unlawfully imported into the US. Can you clarify this discrepancy for us? Thank you,
                                        The Jury

01 NOV 07
DATE

_____
FOREPERSON

5:15 PM
TIME