UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JUAN DANIEL DEL CID MORALES,

Defendant.

Criminal Action No. 06-248 (JDB)

**FILED**

NOV 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERDICT**

With respect to the offense of conspiracy to import five kilograms or more of a mixture and substance containing a detectable amount of cocaine into the United States and to manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, intending or knowing that such cocaine would be unlawfully imported into the United States, we the jury find the defendant

____✓____ Guilty                                    _____ Not Guilty

                                                                    FOREPERSON

09NOV07
DATE