UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA


v.                    Cr.  06- 248 (JDB)


JUAN DEL CID MORALES


**MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO S.C.C.P. RULE 29 (c) AND MOTION FOR A NEW TRIAL PURSUANT TO S.C.C.P. RULE 33; AND REQUEST FOR ADDITIONAL TIME TO RESEARCH AND FILE MOTIONS**

Juan Del Cid Morales, through counsel, now moves this Honorable Court for a Judgment of Acquittal, after the jury verdict and for a New Trial Pursuant to Rule 33. Counsel requests the Court grant an extension until December 15, 2007 in order to brief and file Motions based on the Sufficiency of the Evidence to support offense conduct required to prove a violation of 18 USC § 2; 21 USC §§ 952, 960 and 963 and other issues which may be relevant to Motions pursuant to Rules 29 (c) and 33. This Motion is timely filed verdict having been returned November 9, 2007.

WHEREFORE counsel respectfully requests additional time to file said Motions.


Respectfully submitted,

H. Heather Shaner # 273 276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

     **v.**                        Cr. 06-248

**JUAN DEL CID MORALES**

## ORDER

It is hereby Ordered that the Motion for additional time to file Motions pursuant to Rule 29 and Rule 33 be Granted and deadlines therefore are extended until December 15, 2007.

_____      _____

Honorable John D. Bates                        Date