UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                      CR. 06-248 (JDB)

JUAN DEL CID MORALES

### MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL AND TO ALLOW NEW COUNSEL ADDITONAL TIME TO FILE MOTIONS FOR A NEW TRIAL AND MOTION FOR A JUDGMENT OF ACQUITTAL

Attorney Heather Shaner, now moves this Court for permission to withdraw as Counsel for Mr. Del Cid Morales. Counsel requests a hearing on this Motion in January. Counsel also moves this Court to grant additional time for counsel to file any Motions for post trial relief until this motion is resolved.

In support of this Motion counsel asserts that she has received communications from her client, which require her to withdraw as counsel. Counsel will be available for a hearing on this Motion after January 9, 2008.

Respectfully Submitted,

/s/
_____
H. Heather Shaner  #273276
Appointed by the Court for
Juan Del Cid Morales

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    CR. 06-248

JUAN DEL CID MORALES

**<u>ORDER</u>**

I grant the Motion of Counsel to withdraw as counsel to the defendant. I extend the any deadlines for the filing of post trial Motions until new counsel is prepared to go forward. So Ordered _____.

_____
Honorable John D. Bates