UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \| |
| | \|   Crim. Case No.:  06-248 (4)  (JDB) |
| v. | \| |
| | \| |
| **JUAN DANIEL DEL CID MORALES** | \| |
| | \| |

**NOTICE OF APPEARANCE**

    To the Clerk of the Court and all parties of record, please enter the appearance of Manuel J. Retureta, Esq. of Retureta & Wassem, PLLC as appointed counsel of record for Juan Daniel Del Cid Morales in the above captioned case.  Appointment is made pursuant to the Criminal Justice Act.

    Respectfully submitted,

**RETURETA & WASSEM, PLLC**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar # 430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073  Office
(202) 220-3130  Fax

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this 14th of December 2007.

_____
Manuel J. Retureta, Esq.