UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.: 06-248 (4) (JDB) |
| v. | |
| JUAN DANIEL DEL CID MORALES | |

**DEFENDANT DEL CID MORALES' MOTION
TO CONTINUE POST-TRIAL MOTIONS DEADLINE**

**COMES NOW** Defendant, Juan del Cid Morales, and respectfully requests that this Court extend the time period provided to file post-trial motions. Defendant asks that such motions be filed no later than Friday, February 1, 2008. In support, undersigned counsel submits:

1. On December 14, 2007, this Court granted previous defense counsel's motion to withdraw and undersigned counsel entered his appearance. On that day, the Court ordered that the defendant file post-trial motions no later than January 22, 2008.

2. Since that date undersigned counsel has met with the defendant, retrieved case documents, and interviewed government counsel and past defense counsel as well as codefendant counsel.

3. However, because of the intervening holiday season and leave of past defense counsel, the transfer of the trial transcripts has only recently taken place. A review of the transcripts is currently underway.

4. In order to review and address all issues for the benefit of the defendant, and to efficiently present those issues for the Court's consideration, it is necessary to ask for additional time.

**WHEREFORE,** defendant asks the Court to extend the date by which to file post-trial motion from the current date of Tuesday, January 22, 2008, to Friday, February 1, 2008.

### Government Position

Defense counsel attempted to obtain the government position however government counsel is out of the office until January 23, 2008. However, defense counsel submits that the requested extension will not prejudice the government.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building ~ Suite 900
Washington, D.C. 20004
(202) 220-3073
Counsel for Juan del Cid Morales

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of January 2008 this pleading was served on all parties via ECF filing.

_____/s/_____
Manuel J. Retureta