UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.: 06-248 (4) (JDB) |
| v. | |
| JUAN DANIEL DEL CID MORALES | |

### ORDER

Upon consideration of the defendant's motion to continue the deadline by which to file post-trial motions, and the entire record herein, it is hereby

**ORDERED,** that defendant's motion is **GRANTED;** and it is further

**ORDERED,** that defendant's motion for judgment of acquittal and motion for new trial be filed no later than Friday, February 1, 2008.

**SO ORDERED** this _____ day of January 2008.

_____
JOHN D. BATES
United States District Judge

**Copies To:**

All Parties Via ECF.