UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 06-248 (4) (JDB) |
| JUAN DANIEL del CID MORALES | |

ORDER

Upon consideration of the defendant's motion to for Judgment of Acquittal/Motion for New Trial, and the entire record herein, it is hereby

**ORDERED,** that defendant's motion is **GRANTED;** and it is further

**ORDERED,** that an order of acquittal is entered to the one count of the superseding indictment.

**SO ORDERED** this _____ day of February 2008.

_____
JOHN D. BATES
United States District Judge

**Copies To:**

All Parties Via ECF.