UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.: 06-248 (4) (JDB) |
| v. | |
| JUAN DANIEL del cid MORALES | |

### *JOINT* MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW BOTH PARTIES,** the United States of America and Defendant, Juan del Cid Morales, and respectfully request that this Court reschedule the sentencing hearing date. For the reasons set forth below, both parties request a new sentencing hearing date during the week of May 5 through May 9 (excluding May 7th from 9:00 a.m. to 11:00 a.m.). In support, counsel for both parties submit the following:

1. Defense counsel requests this continuance due to a family matter. Counsel must travel for this matter and will only be able to return the day prior to the currently set sentencing hearing. This schedule will limit counsel's ability to meet with the defendant prior to the sentencing hearing.

2. Government counsel requests this continuance so as to accommodate work-related travel that will take him out of the country. This travel requires counsel's absence during the week of April 21 through April 25.

**WHEREFORE,** both parties ask the Court to continue the sentencing hearing date to the suggested time frame stretching from May 5 through May 9 (excluding May 7th from 9:00 a.m. to 11:00 a.m.), or at any other time that is acceptable to the Court.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

**By:** _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building ~ Suite 900
Washington, D.C. 20004
202-220-3073
Counsel for Juan del Cid Morales


**U.S. DEPARTMENT OF JUSTICE**

**By:** _____/s/_____
Paul W. Laymon, Trial Attorney
Narcotics & Dangerous Drugs Section
1400 New York Avenue, NW
Washington, DC 20005
Phone 202-514-1286
Facsimile 202-514-1483


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of April 2008 this pleading was served on all parties via ECF filing.

_____/s/_____
Manuel J. Retureta