UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 06-248 (4) (JDB) |
| JUAN DANIEL DEL CID MORALES | |

ORDER

Upon consideration of the joint request to continue the sentencing hearing date, it is hereby

**ORDERED,** that the joint motion is **GRANTED;** and it is further

**ORDERED,** that a new sentencing hearing date is set for the _____ day of _____, 2008 at ___:___ am/pm.

**SO ORDERED** this _____ day of April 2008.

                                                          _____
                                                          JOHN D. BATES
                                                          United States District Judge

**Copies To:**

All Parties Via ECF.