UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 06-248 (4) (JDB) |
| JUAN DANIEL DEL CID MORALES | |

**DEFENDANT JUAN DEL CID MORALES' SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

**COMES NOW** Defendant Juan del Cid Morales (hereinafter referred to as "Mr. Morales"), and respectfully submits this Supplemental Memorandum In Aid of Sentencing.

**Letters In Support**

Attached to this Memorandum are numerous letters from family and friends of Mr. Morales. The letters are broken-down into six groups. Exhibit I contains numerous letters from Mr. Morales' immediate family; letters from his wife, mother and children are translated for the Court. The remaining letters in the remaining exhibits, while in Spanish, reflect the number of people that Mr. Morales has touched and the outpouring of well wishes on his behalf.

**WHEREFORE,** for the arguments and authorities cited Mr. Morales asks the Court for the relief sought.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building ~ Suite 900
Washington, D.C. 20004
(202) 220-3073
Counsel for Juan del Cid Morales

2

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of this pleading has been served on all parties via ECF filing.

                                                         /s/
                                          Manuel J. Retureta