**Wife's Letter**

Guatemala 18 of February of 2008

To Whom It May Concern:

By this medium I direct myself with much respect to inform you that I

Silvia Marina Juarez Rosales de del Cid that I identify myself with identification number

    A-1 599083

Know Mr. Juan Daniel Del Cid who I know for 29 years and can say that he is a respectable man with much value in life and before anything is a loving husband but before anything is a marvelous father that has taught his four children to advance them to give them a clean education and with much effort to give them their schooling so they can be something in life and so they value themselves  I as a wife can faithfully say that my husband is a responsible  and hard working man and before anything dedicated to his home and know that we are confident in one true god  may god bless you with nothing more to say.


                                  Silvia Marina Juarez de del Cid

Guatemala 18 de febrero de 2008

A quien interese:

Por este medio me dirijo a usted con mucho respeto para informarle que yo

Silvia Marina Juárez Rosales de del Cid quien me identifico con cedula No.

A-1 599083.

Conozco al señor Juan Daniel Del Cid a quien conozco desde hace 29 años y puedo decir que es un hombre muy respetuoso con muchos valores en la vida y ante todo es un esposo muy cariñoso hogareño pero ante todo es un padre maravilloso que les a enseñado a sus cuatro hijos a sacarlos a delante a darles una educación limpia y con mucho esfuerzo a darles sus estudios para que sean algo en la vida y que se valieran por si solos yo como esposa puedo dar fe que mi esposo es un hombre muy responsable y trabajador y ante todo dedicado a su hogar y se que estamos confiando en un dios verdadero que dios los bendiga sin mas que decir .

*[firma]*
Silvia Marina Juárez de del Cid

**Mother & Father's Letter**

To Whom It May Concern:

I Francisco del Cid Aguilar and my wife Juana Morales de del Cid

Are the parents of my son Juan del Cid Morales of whom we inform that during childhood we never had any problems he was a well behaved son, we never had to call him to attention. When he studied in school we never had to worry about him. He became a man and worked for the National Police as an investigator. With his duties he never had trouble with his work. We as parents recommend him as an honorable son with good customs. He gave of himself to his brothers and sister and family and also to his Wife and his children who all love him as a good father, because he gave them their schooling. We appreciate your fine attention giving merit to this recommendation of our son, his parents that love him so.

    Francisco del Cid Aguilar and Juana Morales del cid
    Guatemala 2 of February 2008
    Calle 2305 Barrio San Antonio
    Zone 6

A Quién interese

Yo Francisco del Cid Aguilar y mi Esposa Juana Morales de del Cid somos los Padres de mi hijo Juan del Cid Morales a quién informamos que durante niño no tubimos ningun problema fue un hijo bien educado nunca tuvimos que llamarle la atención, Cuando sacó sus Estudios en la primaria, nunca tubimos quejas de él, Yego a hoser hombre y trabajó en la Policía Nacional como enbestigador cumplía con su deber y nunca tubimos problemas de su trabajo nosotros como padres lo recomendamos como un hijo honrrado y de Buenas costumbres se dió a querer con sus hermanos primos y Cuñados así también con su Esposa y sus hijitos que tanto lo quieren como un buen Padre, porque les dió sus estudios, sin mas agradecemos su fina atención dandole merito a esta recomendación de nuestro hijo, sus Padres que tanto lo quieren

—Francisco del Cid Aguilar y Juana Morales del Cid

Guatemala 2 de Febrero 2008

11 calle 2305 Barrio San Antonio
Zna 6

**Son's Letter**

To Whom It May Conern:

I Jhoni Lester Del Cid Juarez, identified with identification A-1 1099796 given in the city of Guatemala, I have the honor to write this letter to inform that Mr. Juan Daniel Del Cid Morales who is my father, to whom I owe my education and my raising as a man, he is an exemplary father of whom I have learned many things, he was always a fighter and hard working person, a person dedicated to the field and with much love for his animals, of whom I miss and wish that he be with us soon to enjoy the love we miss so much, May God Bless my father and Many Blessings to the person that reads this letter.

Atentively,

_____
Jhoni del cid
A-1 1099796

Guatemala 4 de Febrero de 2008

A quien corresponda:

Yo Jhoni Lester Del Cid Juarez, que me identifico con No. de cedula A-1 1099796 extendida en la ciudad de Guatemala, tengo el Orgullos de realizar esta carta para notificar que el Señor Juan Daniel Del Cid Morales quien es mi padre, a quien le debo mi educación y mi formación como hombre, el es un padre ejemplar de quien he aprendido muchas cosas, siempre fue una persona luchadora y trabajadora, una persona dedicada al campo y de mucho amor por sus animales, a quien extraño y deseo que este pronto con nosotros para disfrutar de ese amor que tanto extrañamos, Que Dios te Bendiga mucho mi Viejo y Muchas Bendiciones para la persona que lee esta carta.

Atentamente,

*(firma)*

Jhoni del cid
A-1 1099796

**Grand-Daughter's Letter**

To Whom It May Concern:

I am called Daniela and I love my "papito" Juan Daniel del cid Morales my mommy helps my hand but I say what to put down

My pretty grandfather I love so much and I miss him

My grandfather is good and I want him soon and I ask god for him I love grandfather.

      May god bless you

      Dafne Daniela

A quien interese

Yo me llamo Daniela y quiero mucho a mi papito Juan Daniel del cid morales mi mami me agara mi mano pero yo le digo q' ponga

mi abuelito lindo yo lo amo mucho y lo extraño mi abuelo es bueno yo lo quiero ver pronto yo le pido a Dios cuando como por el. te amo abuelo

Que Dios lo bendiga

Dafne Daniela

**Daughter's Letter**

Guatemala 06, February of 2008

To Whom It May Concern:

Through this medium I direct myself to you to inform that I Yessica Pamela Del Cid Juarez identified with identification number A-1 1264340. I know Mr. Juan Daniel Del Cid Morales, who is a loving man, respectful, amicable, honorable, and before anything a good father who has taught us to be respectful persons he has taught us to work and fight for what we always want and with the help of God for that reason I feel proud that he is my father and that he has helped us honorably.

Att: _____
     Pamela Del Cid.
     A-1 1264340

Guatemala 06, febrero de 2008

Aquien interese:

Por este medio me dirijo a usted para informarle que yo Yèssica Pamela Del Cid Juárez quien me identifico con cedula No. A-1 1264340. Conozco al señor Juan Daniel Del Cid Morales, quien es un hombre amoroso, respetuoso, amigable, honrado, y ante todo un buen padre el cual nos a enseñado a ser unas personas muy respetuosas nos a enseñado a trabajar y a luchar por lo que queremos siempre y cuando sea con la ayuda de Dios por eso mismo me siento muy orgullosa de que el sea mi padre y que nos haya sacado adelante honradamente.

Att: _____
Pamela Del Cid.
A-1 1264340

**Daughter's Letter**

To Whom It May Concern:

I greet you warmly and wish blessings on the persons reading this letter.

I Claudia Vanessa Del Cid with 26 years with identification A-1 1067860.  With hand on heart I can speak of Juan Daniel Del Cid Morales my father with only the truth.

My father is an honorable hard working person.  I state that he has the largest heart god could have made.  He is a father that apart from being a best brother, a super husband, and a great person of all the children.  He is a person that has fought to advance his family to teach them to work with his sweat.  I don't think I could ever stop telling you how marvelous my father is.  There is no doubt in my expression of him and recommend to anyone that he is a great man.

      May God Bless you

      Claudia Vanessa Del Cid
         A1 1067860
      Tel 52010131

A quien interese:

Le saludo cariñosamente deseando q' Dios derrame Bendiciones sobre las personas q' lean esta carta.

Yo Claudia Vanessa del Cid con 26 años, con número de cédula D.I 1067860. Con la mano en el corazón puedo hablar de Juan Haniel del Cid Morales mí padre nadamas q' la verdad.

Mi viejo es una persona Honrrada trabajadora. onesto sincera q' tiene el corazón mas grande q' Dios pudo ver hecho. Es un viejo q' aparte de ser el mejor amigo es el mejor hermano un super esposo. y una gran envidia para todos los q' son hijos porq' es el mejor de los padres. Es una persona q' ha luchado por sacar adelante a su familia enseñandoles a trabajar con el sudor de su frente. Creo q' no terminaria nunca de contarles lo maravilloso q' es mi padre. no dudo en expresarme así de el ni en recomendarlo con nadie xq' es un gran hombre.

Q' Dios me los Bendiga

Claudia Vanessa del Cid
D.I 1067860
tel 52010131

Guatemala, 4 de febrero de 2008

A Quien Corresponda:

Yo, Juan Luis Valle González, me identifico con cédula de vecindad A-1 415520 de la ciudad de Guatemala, y deseo dejar constancia que Juan Daniel del Cid Morales, es para mí, antes que cuñado, mi hermano y un excelente amigo, en quien se puede confiar en cualquier circunstancia y en cualquier momento; la persona que tiene valores morales y los practica, como lo es la honradez, la amistad, la sinceridad, entre otros; no debería estar padeciendo las injusticias que a él, le está tocando sufrir.

Recuerdo con mucha nostalgia, todos los momentos que pasamos juntos, compartiendo alegrías y sinsabores y como teniendo fe y esperanza en Dios, salimos avantes; recuerdo al hermano, que generosamente tendía su mano, no sólo en el aspecto económico, sino en lo moral y sentimental, alentándome y dándome consejos y la fuerza que sólo inspira el verdadero amigo y hoy por ésta quiero agradecérselo y decirle que Dios es bueno y misericordioso, que a veces nos pone pruebas muy difíciles, pero que nunca nos desampara, nunca nos olvida y por eso sé que muy pronto podré abrazar a mi hermano, a mi amigo y hablar de estos momentos como de una horrible pesadilla.

Quiero decir que una persona como Juan, no debe estar separada de su esposa y de sus hijos, no debe estar lejos de sus familiares y amigos; debe regresar y comenzar una nueva vida.

Con todo cariño y con mucho orgullo puedo decir que, Juan Daniel es mi cuñado, mi amigo y sobre todo mi hermano.

Atentamente,

Lic. Juan Luis Valle González
C.E. Paulo Freire

Lic. Juan Luis Valle G.
Director General

A quien Interese:

Yo Nery Arnoldo Del Cid Morales de cuarenta y cuatro años de edad, que me identifico con Cedula de Vecindad numero de Orden A-1 y numero de registro Seis Cientos cincuenta y Seis mil Setecientos Setenta y Nueve, hermano de Juan Daniel Del Cid Morales; a quien conozco desde que tengo razón, ha sido un excelente hermano con buenos sentimientos y una calidad humana indiscutible; ha sido una persona muy trabajadora y Onrada, siempre ha estado pendiente de sus padres, de su familia y sus hermanos. —

No dudo en extender la presente para los usos que el interesado convenga. —
En la Ciudad de Guatemala a los treinta y un dia del mes de Enero año 2008.

Atentamente

Nery Arnoldo Del Cid Morales.

A Quien Interese:

Hago constar que el señor Juan Daniel del Cid Morales, es persona de mi conocimiento desde hace 50 años, por relación de Hermano.

Durante ese tiempo, he observado en él su honorabilidad, honradez, buenas costumbres y excelente relación familiar, así como su adecuado comportamiento interpersonal, todo lo cual le otorga la calidad humana merecedora de mi total respeto, consideración y alta estima.

He tenido conocimiento a través del tiempo que ha ayudado a muchas personas en el interior de nuestro país.

Atentamente,

Francisco del Cid Morales
Cedula A-1- 480636
30/1/08

Guatemala 2 de Febrero del 2,008

A Quien Interese:

Hago constar que yo Concepción del Cid Morales soy hermana de Juan Daniel del Cid Morales quien en una parte de mi vida tiene un lugar muy importante. Desde pequeño el fue muy inquieto y juguetón, cuando él fue adoscente fue responsable cariñoso y muy trabajador, luego se caso formo su hogar y siempre pendiente de sus padres y sus hermanos.
Siempre hemos sido una familia muy unida y ahora que no lo tenemos lo extrañamos y nos hace mucha falta.
El es una persona honrada, Responsable y trabajua
Como hermano siempre me cuido y protegio en todo momento.
Pido a Dios que por su justicia divina haga que pronto le consedan su libertad y regrese con nosotros para sentir su cariño que siempre nos ha dado.
Tengo fé que se resuelva este problema

Atentamente
Concepción del Cid M.

A-1'604474