Guatemala 30-1-2,008

A quien interese:

Yo Heidi Carina Del Cid Juarez que me identifico con cedula a-1 975209 hago constar que conozco desde hace 29 años al señor Juan Daniel Del Cid Morales en este tiempo nos a enseñado su honrades, buenas costumbres, excelentes relaciones familiares hacer luchadores en la vida para optener lo que queremos, asi como su adecuado comportamiento interpersonal por todos estos atributos que el tiene le tengo un gran respeto, cariño y porque es una persona de confianza.

Atentamente
Heidi Carina Del Cid Juarez
a-1975209
[signature]

Guatemala 3 de febrero 2,008

A quien interes:

Yo Laura Yvonne Del Cid Salazar de 12 años de edad.

Recomiendo a mi tio Juan Daniel Del Cid Morales ya que es una persona muy amable y cariñoso con todo el mundo

El cual deseo verlo pronto

Atentamente
Laura Yvonne Del Cid Salazar

Guatemala 3 de febrero 2,008

A quién interese:

yo Wendy yessenia Del Cid Salazar de 13 años de edad.

Conozco a el Sr. Juan Daniel Del Cid Morales quien es mi tio, desde que tengo uso de razón lo e visto como un ejemplo A seguir es Amable, generoso, Amoroso con su esposa e hijos al igual con sus padres.

Espero verlo pronto

Atentamente

Wendy yessenia Del Cid Salazar.

10/2/08

Yo Nery Arnoldo Del Cid Nataruno, de 10 años de edad sobrino de Juan Daniel Del Cid. Quiero expresarles que mi tío Juan es una persona buena responsable y trabajador y para mi es una persona muy especial ya que si no hubiera sido por el yo no estubiera vivo. gracias por su ayuda y su cariño

Nery Del Cid

Guatemala 24 de febrero de 2008

A quien corresponda:

Yo jimmy Del Cid Quien me identifico con numero de cedula A-1-1005810 hago constar de que conozco al señor Juan Daniel Del Cid Morales desde que tengo uso de razón y es un padre de familia dedicado trabajador respetuoso y con un gran corazón

Pues a hecho de mi un hombre capaz de luchar y desenvolverme en la vida como una persona trabajadora responsable honrada y a luchar por los sueños que tengo para obtenerlos

Es un padre que me a brindado lo mejor y a luchado por darle siempre a su familia una buena razón de vivir con amor carácter y buenos modales los cuales e aprendido de el

Por lo que no dudo en extender esta carta reconociendo y dándoles a conocer que es una persona intachable y la cabeza de un hogar que lo extraña y lo ama mucho.

Atentamente,

*[firma]*

Jimmy Del Cid
A-1-1005810

Guatemala 10 de Febrero 2008

Yo Ninfa Virginia Natareno de Del Cid de 39 años de edad, Quien me identifico con Cedula de Vecindad Numero de Orden A-1 y de registro 766268. Por este medio Quiero manifestarles, Que conozco a el Señor Juan Daniel Del Cid Morales. Que es una Persona Honrrada, trabajadora y de muy buenos sentimientos. Durante el tiempo Que tengo de conocerlo ha demostrado Ser una persona honesta y responsable con su familia y sus Padres, Por lo Que no dudo en extender la presente Carta, Para los usos Que al interesado Convenga. a los 10 dias del mes de Febrero del año 2008.

*[firma]*
Virginia Natareno de
Del Cid

Guatemala 03022008.

A QUIEN INTERESE:

Escribo la presente saludandoles y al mismo tiempo deseandoles éxitos y bendiciones tanto en su vida diaria como en lo personal y en lo familiar.

Por medio de la presente hago constar que conozco al señor Juan Daniel del Cid Morales desde hace 23 años por relación familiar como sobrino.

Y en la misma les doy una breve descripcion, de lo que representa esta persona en mi vida.

Es una persona que por su actitud me enseño a pelear por lo que uno desea, ser firme en mis decisiones y ser una persona responsable y segura ante cualquier situacion.

En fin yo como sobrino e hijo de corazón de Juan Daniel Del Cid Morales les digo a ustedes que con esta carta que es una persona que ayudo mucho

en mi formacion de niño a hombre y gracias a los consejos de el logre ser el hombre responsable que ahora soy, en estos 23 ª que llevo de convivir con el me he dado cuenta que es una persona que lucha por lo que quiere, lucha por sacar a sus hijos adelante, y ser una persona de bien, una persona que no dudaba en ayuda a las personas que requerian su ayuda, una persona que salio adelante por sus propios medios, una persona que si en algun momento tiene que ser juzgada, tiene que ser por el unico ser humano que fue perfecto y el es DIOS. Y tambien cometio errores.

Atentamente

Gerardo Moises Del Cid Juarez