Guatemala, 06 de enero del 2,008

A quien interese:

Por medio de esta quiero expresar que conozco al señor Juan Daniel del Cid, a quien hemos tratado y conocemos como una persona que a sacado a su familia adelante con mucho trabajo. Por lo mismo es un señor que nos a tratado con mucho cariño, es un señor respetuoso, honesto y decente.

Atentamente

Sharon Brol.

Guatemala, 25 de febrero de 2008

A quien interese:

Por este medio, presento al portador de la misma, el señor Juan Daniel Del Cid Morales, al cual conozco desde hace cinco años y doy fé que es una persona honrada, trabajadora, muy honesta que ha sacado adelante a su familia.

Puedo decir también que el señor Del Cid ha servido de ejemplo en nuestro país, ya que es una persona muy perseverante, amante de los animales y un gran siervo de Dios

Estoy a la entera disposición de ayudar ó resolver alguna duda referente al portador de la presente,

atentamente,

Shayde L. Bermudez M.
A-1 1051252

# DISTRIBUIDORA "LAS MARIAS"




Guatemala 15 de febrero de 2008

A quien corresponda:

Yo Daniel Isaac Catz Cuellar que me identifico con Cedula No. E-5 120068 del departamento de Escuintla, doy fe que conozco al Señor Juan Daniel Del Cid Morales desde hace aproximadamente 6 años por lo cual yo le distribuía concentrado para sus animales, conociéndolo que es una muy buena persona la cual es amable, honrada, respetuosa y de buenas costumbres por lo cual no tengo ningún inconveniente de dar referencias de el.

Atentamente: Daniel Isaac Catz Cuellar
Cel: 56781081
Cedula No. E-5 120068






Avenida Centro América 8-84 Zona 3, Frente a delegación del I.G.S.S. Escuintla.
Teléfonos: 7888-1809 / 5934-0022

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Alexander Geovany Barrios Orozco** originario de Coatepeque del departamento de Quetzaltenango, Guatemala, con domicilio en 8va calle 5-55 Zona 2 Barrio el jardín Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
**Alexander Geovany Barrios Orozco**

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Luis Estuardo Urrutia lopez** originario de Coatepeque del departamento de Quetzaltenango, con domicilio en 8a calle 4-98 Zona 2 Barrio el jardin Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
**Luis Estuardo Urrutia lopez**

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Jose Manuel Mejia Orozco** me identifico con numero de cedula **I-9 y** de registro **75,094** extendida en la municipalidad de Coatepeque del departamento de Quetzaltenango, con domicilio en 6ta calle 1-114 Zona 3 Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
José Manuel Mejia Orozco

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Hurí Benjamín Muñoz de León** originario de Coatepeque del departamento de Quetzaltenango, con domicilio en 6ta calle 1-114 Zona 3 Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
Hurí Benjamín Muñoz de León

Guatemala 11 de Febrero de 2008.

A quien corresponda:

Por medio de la presente yo Magdalena Gudiel De Rodriguez con 48 años de edad quien se identifica con No. de Cèdula A-1 563501 hago constar que conozco hace mucho tiempo al señor Juan Daniel Del Cid quien es una persona humilde, trabajadora, honrada y eso es lo que lo caracteriza de las demàs personas y no dudo en recomendarlo a cualquier persona porque se que para el es muy importante hacer las cosas con honestidad, sin nada mas que agregar extiendo esta carta a los once dìas del mes de febrero del dos mil ocho.

Atentamente,

*[signature]*

Magdalena Gudiel de Rodriguez
No. de Cedula A-1 563501
Guatemala, Guatemala.

Guatemala 11 de Febrero de 2008.

A quien corresponda:

Por medio de la presente yo Mynor Estuardo Gudiel con 30 años de edad quien se identifica con No. de Cèdula A-1 952060 hago constar que conozco hace mucho tiempo al señor Juan Daniel Del Cid quien me ah demostrado ser una persona humilde, trabajadora, honrada y eso es lo que lo hace ser un hombre digno, amoroso con su familia y temeroso de Dios y es por eso que en ningún momento yo dudaria en recomendarlo ante cualquier persona porque se que el daria lo mejor de si, sin nada mas que agregar extiendo esta carta a los once dias del mes de febrero del dos mil ocho.

Atentamente,

Mynor Estuardo Gudiel
No. de Cedula A-1 952060
Guatemala, Guatemala.

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Lidia Lorena Galindo Fuentes** originaria de Coatepeque del departamento de Quetzaltenango, con domicilio en 1a calle 1-100 Zona 3 barrio las casas Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
Lidia Lorena Galindo Fuentes

Guatemala, 14 Febrero de 2,008

A QUIEN INTERESE:

Por medio de la presente yo: Hortensia Guerrero Quintana, que me identifico con cedula de vecindad A-1 260947. Hago constar conocer al Señor Juan Daniel Del Cid Morales, desde hace tres años.

El señor Del Cid, se dedica a la producción de ganado porcino, siendo una persona, responsable, honesta y trabajadora.

Por lo cual no tengo ningún inconveniente de extender y firmar la presente.

F _____
Hortensia Guerrero Quintana