Guatemala, 14 de febrero de 2008.

A quien corresponda:

Por medio de la presente yo Araceli Rodríguez con numero de Cedula A-1 1103776 hago constar que conozco al señor Juan Daniel Del Cid Morales desde hace mucho tiempo por lo cual doy fe que es una persona trabajadora, honrada y dedicada a su familia por lo tanto no tengo ningun inconveniente en recomendarlo a cual quier persona ya que se que el correspondera de la mejor manera.

Atentamente,

Araceli Rodríguez
No. de Cedula A-1 1103776.

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Heidi Amparo Motta Orozco** originaria de Coatepeque del departamento de Quetzaltenango, con domicilio en 6ta calle 1-114 Zona 3 Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

*Heidi Amparo Motta*
**Heidi Amparo Motta Orozco**

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Maritza Elizabeth Mejia Orozco** originaria de Coatepeque del departamento de Quetzaltenango, con domicilio en 6ta calle 1-114 Zona 3 Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_[signature]_

**Maritza Elizabeth Mejia Orozco**

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Manolo Agusto Camargo Rodas** originario de Coatepeque del departamento de Quetzaltenango, con domicilio en 5a calle 5-45 Zona 3 barrio san francisco, Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
**Manolo Agusto Camargo Rodas**

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Juan Lionicio Ochoa Escobar** originario de Coatepeque del departamento de Quetzaltenango, con domicilio en 10ma calle 10-14 Zona 1 Barrio las casas Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
Júan Lionicio Ochoa Escobar

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Sheyla Claudeth López Orozco** originaria de Coatepeque del departamento de Quetzaltenango, Guatemala, con domicilio en 9na calle 4-95 Zona 2 barrio el jardín Coatepeque. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
**Sheyla Claudeth López Orozco**

Guatemala, 6 de Julio del 2008

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Zayra Luliana Alcazar Méndez** originario de Coatepeque del departamento de Quetzaltenango, con domicilio en 9ma calle 2-69 Zona 1 Barrio las casas Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

*[signature]*

**Zayra Luliana Alcazar Méndez**

**A QUIEN INTERESE:**

Por este medio HAGO CONSTAR: Que, conozco al señor Juan Daniel del Cid Morales desde hace aproximadamente 15 años, siendo una persona de buenas costumbres trabajadora, morales, sociales y culturales por lo cual no dudo en recomendarla.

Y para los usos legales que al interesado convenga, extiendo la presente en la Ciudad de Retalhuleu, a los cinco días del mes de febrero del año dos mil ocho.

Roberto Muñoz Enríquez
K-11 64,766

Guatemala, 14 Febrero de 2,008

A QUIEN INTERESE:

Por medio de la presente yo: Rafael Juárez, que me identifico con cedula de vecindad A-1 204757. Hago constar conocer al Señor Juan Daniel Del Cid Morales, desde hace tres años.

El señor Del Cid, se dedica a la producción de ganado porcino, siendo una persona, responsable, honesta y trabajadora.

Por lo cual no tengo ningún inconveniente de extender y firmar la presente.

F_____
Rafael Juarez

Guatemala, 14 de febrero de 2,008

A QUIEN INTERESE:

Por medio de la presente yo: Luis Franklin Juárez Guerrero, que me identifico con cedula de vecindad A-1 1003169, hago constar conocer al Señor Juan Daniel Del Cid Morales, desde hace tres años.

El señor Del Cid dedica a la producción de ganado porcino, siendo una persona, honesta y trabajadora.

Para lo cual no tengo ningún inconveniente de extender y firmar la presente.

F _____
Luis Franklin Juárez Guerrero

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Sonia Mayte Escobar Aguilar** originaria de Coatepeque del departamento de Quetzaltenango, con domicilio en 6ta calle 1-114 Zona 3 Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

_____
Sonia Mayte Escobar Aguilar

**A QUIEN CORRESPONDA:**

Yo Cecilia Gómez, quien me identifico con el número de cédula K-11 64,765 extendida por esta Municipalidad de Retalhuleu, hago constar que desde el tiempo que conozco al señor JUAN DANIEL DEL CID MORALES ha sido una persona honesta, colaboradora y sobre todo con una gran sensibilidad social y humana.

Y para los usos legales que al interesado convenga, extiendo la presente en la Ciudad de Retalhuleu, a los cinco días del mes de febrero del año dos mil ocho.

*Cecilia Gómez*
K-11 64,765