Guatemala, 29 de enero de 2008

A QUIEN INTERESE.

Por la Presente el suscrito hace constar que conoce desde hace 10 años al señor: JUAN DANIEL DEL CID MORALES, como una persona trabajadora honrada y de buenas costumbres, y no dudo en recomendarlo para cualquier tramite que el interesado pudiera gestionar, para mayor información llamar al teléfono número 56899401.

Atentamente.



ELIAZAR VIDAL GARCIA
Gerente de Operaciones
Salcom de Guatemala.
Tel. 56899401

Guatemala, 29 de enero de 2008

### A QUIEN INTERESE.

En la Presente fecha la suscrita hace constar que conoce desde hace 07 años al señor: JUAN DANIEL DEL CID MORALES, como una persona que se ha dedicado toda su vida a trabajar honestamente, por lo que no dudo en recomendarlo, pues es de buenas costumbres y por cualquier tramite que el interesado en forma personal quisiera efectuar, pueden llamar para mayor información al teléfono número 41136845

Atentamente,

ARACELY GARSIA DE GARSIA
Para medico I
Hospital General San Juan de Dios
Tel. 41136845

A QUIEN INTERESE

Por este medio hago constar que conozco al **SEÑOR JUAN DANIEL DEL CID MORALES**, quien se identifica con cedula de vecindad numero E-5 23557, extendida en La Democracia, Escuintla, como una persona trabajadora, honesta, dedicada a la agricultura y la ganadería en la finca de su propiedad ubicada en el parcelamiento CUN-CUN, del municipio de La Democracia, del departamento de Escuintla.

Por lo anterior no tengo ningún inconveniente en extender esta constancia, ya que lo conozco desde hace 10 años y estoy enterado que nunca tubo problemas con la justicia.

Y para los usos legales que al interesado convenga extiendo la presente constancia a los cinco días del mes de febrero del dos mil ocho.

Sin otro particular quedo.

Atentamente,

GUSTAVO ADOLFO RODAS OLIVA
CEDULA- A-1 519,406

A quien interese

Yo Juan Pablo Archila quien me identifico con No. de Cedula A-1 555649 extendida en Guatemala, Guatemala. Doy fe que conozco al señor Juan Daniel Del Cid Morales que aparte de ser mi primo es una persona honrada, trabajadora, con buenas costumbres, humilde y se a caracterizado por ser una persona que se a dedicado a su familia tiene un corazón muy noble por lo tanto no tengo ningún inconveniente en recomendarlo para el uso a que interesado convenga

Att: _____
Juan Pablo Archila
A-1 555649

Guatemala, 05 de febrero de 2008

A quien interese:

      Por medio de la presente hago constar que desde hace 13 años conozco al señor Juan Daniel Del Cid Morales, de quien puedo proporcionar magnificas referencias, ya que lo identifico como una persona honesta y honrada que ha dedicado su tiempo a conseguir el bienestar de su familia a través de sacrificio y abnegación.  Durante mucho tiempo lo conocí sirviendo a su país como un ciudadano ejemplar que velaba por el bienestar y la seguridad de sus conciudadanos.

Ha sido un padre de familia que se ha sacrificado por darle a su esposa e hijos: vivienda, educación y abrigo, predicando siempre con ejemplo de honradez y honestidad.  Por tal razón no tengo ningún inconveniente en dar referencias sobre su persona.

Atentamente

Sergio Iram Brol Palacios

Guatemala 05 de febrero de 2008

A quien interese:

    Quiero contarle que en mi familia tratamos y conocimos al señor Juan Daniel Del Cid Morales, es una buena persona que trabaja mucho con honradez y dedicación para que sus hijos y su familia pudiera salir adelante, es bueno y quiere mucho a su familia ya que les da todo lo que puede. Les enseño a sus hijos a trabajar honradamente y a respetar a los demás.

*Jean Carlo Brol*

## A QUIEN INTERESE

El suscrito por medio de la presente hace constar que el Sr. Juan Daniel Del Cid Morales. Es una persona honrada trabajadora que desde muy joven se ha caracterizado por ser una persona que se ha dedicado a su familia, su hogar y trabajo por tal efecto se recomienda a la referida persona.

Para los usos legales que al interesado convengan se extiende la presente en la Ciudad de Guatemala a los veintiséis días del mes de enero del 2008.

Guatemala, 26 de enero del 2008.

ATT._____
        Byron E. Alvizurez. O

A-1 Reg. 632,305

TEL. 5835-6554

Guatemala, 6 de Julio del 2008

A QUIEN INTERESE.

Estimados señores por este medio Yo: **Carmen Esperanza Viuda de Mejia** originaria de Coatepeque del departamento de Quetzaltenango, con domicilio en 6ta calle 1-114 Zona 3 Coatepeque, Guatemala. Hago constar que el Sr. **Juan Daniel Del Cid** es una persona respetable a la que conozco de varios años la cual es responsable, trabajador y Honrado.

Agradeciendo su atención a la presente, ATTE.

*CArmen Esperanza de Mejía.*
_____
**Carmen Esperanza Viuda de Mejia**

**GUATEMALA, 05 DE FEBRERO DE 2008**

**A QUIEN INTERESE:**

Con la presente hago de su conocimiento que desde hace mucho tiempo conozco al señor Juan Daniel del Cid Morales, a quien identifico como una persona trabajadora que ha sabido sacar adelante a su familia a base de esfuerzo y sacrificio. Puedo decir que es una persona honesta y sincera, poseedor de muchas otras cualidades dignas de imitar.

Y por las razones anteriormente expuestas no tengo ningún inconveniente en dar muy buenas referencias de él.

**Atentamente**

*[signature]*
Iris Liliana Cordón

Guatemala 24 de febrero 2008

A Quien Interese:

Yo Ingrid Janeth que me identifico con Cedula de Vecindad No. a-1 127336, hago constar que conozco al Señor Juan Daniel Del Cid Morales aproximadamente 12 años y puedo decir que es un hombre y padre de familia incomparable, trabajador responsable respetuoso y con una conducta intachable.

Es un hombre que ha luchado por lo que quiere y lo que tiene, y lo que ha obtenido lo ha hecho con mucho trabajo y esfuerzo. Es un hombre que se ha ganado el cariño y respeto de mi perdona como de varias personas mas, pues es un hombre con un gran corazón, con muchas cualidades y virtudes.

Y todo este tiempo que llevo de conocerlo puedo decir que es un hombre ejemplar tanto para su familia como para muchas personas, pues no todos han amado y luchado por su familia como lo a hecho el, por lo que es digno de mi respeto y admiración.

Atentamente,
Ingrid Morales.