Guatemala 4-2-2008

A Quien Interece:

Yo. Maria Leonor Zambrano de M. que me Identifico con cedula -A-1- 7349 - Chinautla. Guatemala. quien conoce al Señor - Juan Daniel del Cid. Morales, hace Aproximadamente - 10 Años, como Una Persona correcta, Responsable, buen Hijo, buen esposo, buen Padre y sobre - todo temeroso de "Dios". Una Persona tambiem trabajadora, dedicado a sus animales, su granja y al comercio de los mismos. Por lo tanto Puedo dar Fe de Señor Juan Daniel del Cid Morales de su Integridad. Tanto de el como de su Familia. Que el Señor Jesus. Les Bendiga.

Atentamente. Maria Leonor Zambrano M.

"A Quien Interese"

Por este medio hago del conocimiento que conozco al Señor Juan Daniel Del Cid Morales desde el año 2000, como una persona correcta, trabajadora, buscadora de Dios y dedicado a su familia, así como a sus labores de campo, crianza de ganado vacuno, porcino y avícola, y comercialización de los mismos.

Agradeciendo su atención a la presente.

Atentamente,

Marco Tulio Morales Rodas.

Guatemala, 5 de febrero del 2008. —

Guatemala 3 de Febrero

A quien Interese:

Yo Williams Fernando Del Cid Guzmán de 35 años de edad con número de Cedula A01-840785 conozco a Juan Daniel Del Cid Morales desde que tengo uso de razón por ser una persona de buen corazón amable y con una sonrisa siempre para todos y con muchos deseos de ayudar a los demás, un buen tío y un Exelente padre de familia como esposo.

La cual recomiendo con toda entera confianza y para lo que el necesite estoy para servirle.

Atentamente
Williams Fernando Del Cid Guzmán
A01-840785

Guatemala 3 de febrero 2,008

A quién interese:

Yo Ingrid Mabel Salazar Arias de 28 años de edad con número de cédula A-1998859.

Conozco a el Sr. Juan Daniel Del Cid Morales desde hace 15 años y es una persona, buena y muy trabajadora, amable y respetuoso, buen padre y esposo como amigo es muy bueno y ayuda a las demás personas.

Así que puedo recomendarlo con toda confianza.

Atentamente.

Ingrid Mabel Salazar Arias
A1998859

Guatemala 29/01/2008

A Quien Interesa:

Por medio de la Presente Quiero rogarles a las autoridades Pertinentes tomar encuenta este Sensillo documento ya que indico y afirmo la honradez, la honorabilidad y la responsabilidad del Señor "Juan Daniel del Cid" ya que para mi a sido una persona totalmente Confiable lo Cual me ha llevado a enviar esta Carta para pedirles de todo Corazón Que se le de una Nueva oportunidad de regresar Con todos sus Seres Queridos. Sin Mas Que decir, Gracias Por Ponerle atención a lo anterior mencionado. Me Sescribo de ustedes deseandoles Bendiciones en sus Vidas

Atentamente: Hector Rene Morida Vasquez

Guatemala 24 febrero 2,008

A quien interese:

Se hace constar que el suscrito conoce al señor Juan Daniel Del Cid. Morales como persona de honorable familia caracterisado por su espiritu de trabajo por lo que se le puede confiar trabajos delicados y para que el interezado haga los usos legales correspondientes Le extiendo y le firmo la presente.

Edy Armando Garcia
58 74 83 51

Guatemala 03-02-08

A quien intereze

por medio de la presente ago constar que conosco al sr. Juan Daniel del cid Moralez lo conosco hace 15 años y puedo asegurar que es una persona con muy buenos habitos como el de responsabilidad puntualidad y ante todo honrades y sin ningun vicio y para los usos legales que al interesado convenga firmo la presente a los tres dias del mes de febrero del dos mil ocho.

atentamente

Maria Odilia Portillo Sarazua
cedula R-19-46,035
tel. 56479350

Guatemala 03-02-08

A:
quin Interesa

Por medio de la presente hago constar que el señor Juan Daniel del cid Morales lo conosco hace 20 años como una persona honrada trabajadora y dedicado a su hogar y a su trabajo y sin vicios por lo que no tengo ningun incoveniente en recomendarlo.

y para los usos que al interesado convengan se extiende la presente en la cuidad de Guatemala a los tres dias del mes de febrero del dosmil ocho.

Atentamente

Manuel Ramirez lima
cedula E-5-18307
tel 59180589

Guatemala 10, 2, 2008

A Quien Interese:

Yo Walter Anival Lobos que me identifico con número de Cedula E-5 16051 me consta que el Señor Juan Daniel Dulcis Morales es una persona horada y muy buena gente la cual en los 7 años que llevo de conocerlo y trabajar con el cuidandole su parcela, me a brindado su mano sin ningun interes.

Walter Anival Lobos
E-5 16051

A quien interese

Yo gilmar Rodriguez con numero de cedula C3 23740 conozco a Juan Daniel Del cid Morales desde hace 8 años y doy fe que es una persona onesta trabajadora temerosa de Dios y dedicado a su familia es un gran amigo y no dudo en recomendarlo. para el uso de esta carta.

Atentamente.



C3 23740.

Guatemala 15 febrero 2008

A Quien Interese:

Yo Ingrid Judid Ramos que me identifico con cedula no. E-5 17719 hago constar que conozco a don Juan Daniel Hel Gid Morales, El es una muy buena persona la cual nos a ayudado dandole trabajo a mi esposo es muy honrado si Dios lo a bendecido por ser tan bueno.

Ingrid Judid Ramos
E-5 17719