HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-248-04</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| MORALES, Juan Del Cid | : | Disclosure Date: <u>January 2, 2008</u>  APRIL 2008. |

**FILED**
MAY 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          __4/24/08__
Prosecuting Attorney                          Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____          _____  _____
Defendant           Date             Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 16, 2008</u>, to U.S Probation Officer <u>Crystal Lustig</u>, telephone number <u>(202) 565-1425</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                               Page 2

PAGE 1 - Δ WAS NOT EXTRADITED.

PAGE 4 - ¶ 2 - THE CRIMINAL CONDUCT OCCURRED BETWEEN NOV. 2005 & THE DATE OF FILING OF THE INDICTMENT - AUGUST 17, 2006. (NOT SEPT. 2006) - APPLICABLE TO BOTH COUNTS ONE & TWO.

p. 5 - ¶ 9 - JUST A NOTE - ALTHOUGH Δ DEA 6 REFERRED TO CO-DEFENDANT, ERIK CONSTANZA AS ERIK "GONZALES" - THAT POSSIBLY WAS AN ERROR.

Signed by: [signature] DaT.
(Defendant/Defense Attorney/AUSA)

Date: 4/24/08