UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No.:  06-248 (JDB) |
| JUAN DANIEL DEL CID MORALES, et al. | |

## NOTICE OF APPEAL

**NAME AND ADDRESS OF APPELLANT:**
> Juan Daniel Del Cid Morales (DCDC #312-078)
> Committed to the U.S. Bureau of Prisons
> D.C. Dept. of Corrections, Central Treatment Facility
> 1901 E Street, S.E., Washington, D.C.  20003

**NAME AND ADDRESS OF APPELLANT'S ATTORNEY:**
> Manuel J. Retureta, Esq.
> Retureta & Wassem, P.L.L.C.
> 601 Pennsylvania Avenue, N.W.
> South Building – Suite 900, Washington, D.C.  20004
> 202-220-3073

**OFFENSE:**  Appellant was found guilty of conspiracy to import five kilograms or more of cocaine into the United States and to manufacture and distribute five kilograms or more of cocaine, intending or knowing that such cocaine would be unlawfully imported into the United States (21 U.S.C. §§ 963, 952, 959 and 960; 18 U.S.C. § 2).

**STATEMENT OF JUDGMENT:**  Appellant was sentenced on May 8, 2008 to two hundred and twenty (220) months incarceration (with credit for time served since his arrest on September 27, 2006 in El Salvador) followed by sixty (60) months of supervised release; a special assessment of $100 was also imposed.

**INSTITUTION WHERE NOW CONFINED:**  D.C. Dept. of Corrections, Central Treatment Facility.

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| | |
|---|---|
| __May 16, 2008__ | /s/ |
| **Date** | **Juan Daniel Del Cid Morales** |
| | **Appellant** |
| | /s/ |
| | **Manuel J. Retureta, Esq.** |
| | **Attorney for Appellant** |

**CJA - No Fee**
**Counsel does wish to appear on appeal.**
**Counsel has ordered partial transcripts.**
**This appeal is made pursuant to the 1984 Sentencing Reform Act.**